Rev. 3/19

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

WILLIAM MCDOWELL

*Plaintiff's full name and prisoner number*

Plaintiff,

v.

UNKNOWN FEDERAL AGENTS

*Defendant's/defendants' full name(s)*

Defendant(s).

(If you cannot fit all of the defendants' names in the space provided, please write "see attached" in the space above and attach additional sheets of paper, as necessary, with the full list of names. The names listed here must be identical to those in Section II. Do not include addresses here. **Individuals whose names are not included in this section will not be considered defendants in this action.**)

Case No. 3:24-cv-5768-KKE-DWC
(leave blank – for court staff only)

**PRISONER CIVIL RIGHTS COMPLAINT**

Jury Demand?
☒ Yes
☐ No

## WARNINGS

1. Do not use this form if you are challenging the validity of your criminal conviction or your criminal sentence. If you are challenging your conviction or sentence, or if you are seeking restoration of good-time credits that would shorten your sentence, you must file a Petition for Writ of Habeas Corpus. If you use this form to challenge your conviction or sentence, you risk having your claim dismissed. Separate forms are available for filing a habeas petition.

2. Under the Prison Litigation Reform Act ("PLRA"), you are required to exhaust all remedies in your institution's grievance system that are available to you before filing suit. This generally means that you must file a grievance and, if it is denied, appeal it through all available levels of review. Your case may be dismissed if you fail to exhaust administrative remedies, unless the administrative grievance process was not "available" to you within the meaning of the PLRA. You are not required to plead or show that you have exhausted your claim in this complaint.

3. Please review your complaint carefully before filing. If your case is dismissed, it may affect your ability to file future civil actions while incarcerated without prepaying the full filing fee. Under the PLRA, a prisoner who has had three or more civil actions or appeals dismissed as frivolous, malicious, or for failure to state a claim cannot file a new action without first paying the full filing fee, unless the prisoner is in imminent danger of serious bodily injury.

4. Under Federal Rule of Civil Procedure 5.2, papers filed with the court, including exhibits or attachments to a complaint, may not contain certain information, which must be modified as follows:

| Do not include: | Instead, use: |
|---|---|
| • a full social security number | → the last four digits |
| • a full birth date | → the birth year |
| • the full name of a minor | → the minor's initials |
| • a complete financial account number | → the last four digits |

5. You may, but do not need to, send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint. Any documents you submit *must relate directly to the claims you raise in this lawsuit.* They will become part of the court record and *will not be returned to you.*

---

## I. PLAINTIFF INFORMATION

WILLIAM McDOWELL

Name (Last, First, MI) Aliases/Former Names

Prisoner ID #

COYOTE RIDGE CORRECTION CENTER

Place of Detention

1301 N. EPHRATA AVE.,

Institutional Address

| CONNELL | WA. | 99326 |
|---|---|---|
| County, City | State | Zip Code |

*Indicate your status:*

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner

## II. DEFENDANT INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint. Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page of the complaint. Attach additional sheets of paper as necessary.*

Defendant 1: UNKNOWN FEDERAL AGENT
Name (Last, First)

UNKNOWN
Current Job Title

UNKNOWN
Current Work Address

| County, City | State | Zip Code |
|---|---|---|
| TACOMA | WA. | 98104 |

Defendant 2: unknown federal agent
Name (Last, First)

unknown
Current Job Title

unknown
Current Work Address

| County, City | State | Zip Code |
|---|---|---|
| TACOMA | WA. | 98104 |

Defendant 3: ______________________
Name (Last, First)

______________________
Current Job Title

______________________
Current Work Address

______________________
County, City State Zip Code

## III. STATEMENT OF CLAIM(S)

*In this section, you must explain what you believe each defendant did to violate your civil rights, and if you know, identify the federal statutory or constitutional right you believe was violated.*

*If you believe the defendant(s) violated your civil rights in more than one way, explain each violation under a different count. For example, if you believe you received constitutionally inadequate medical care and your religious rights were substantially burdened, include one claim under "Count I" (i.e., medical) and the other claim under "Count II" (i.e., religion).*

*Number your paragraphs. For example, in Count I, paragraphs should be numbered 1.1, 1.2, 1.3, etc., and in Count II, paragraphs should be numbered 2.1, 2.2, 2.3, etc. The first two paragraphs of each Count have been numbered for you.*

*If you have more than three counts, attach additional pages and follow the same format for each count.*

*If you attach documents to support the facts of your claim(s), you must specify which portion of the document(s) (i.e., page and paragraph) you are relying on to support the specific fact(s) of your claim(s). If you do not specify the portion of the supporting document(s), the Court may disregard your document(s).*

### COUNT I

*Identify the first right you believe was violated and by whom:*

1.1 Despite an expired supervised release, plaintiff was held on supervised release with GPS ankle monitor for 2-years.

*State the facts of your first claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.*

1.2 On October 3, 2019, plaintiff was arrested by federal officers. On May 20, 2020, he was released on GPS ankle-monitor, under supervision.

1.3 On February 27, 2020, the supervised release had expired.

1.4 Despite the expiration of supervised release, plaintiff was held/required to wear a GPS ankle monitor for 2 years. The criminal charges for which plaintiff was held on GPS ankle monitor were dismissed.

*State with specificity the <u>injury, harm, or damages</u> you believe you suffered as a result of the events you described above in Count I. Continue to number your paragraphs.*

1.5 Unknown federal agents violated the Fourth Amendment to the United States Constitution.

1.6 Plaintiff seeks monetary damages against unknown defendants in their individual capacities.

**COUNT II**

*Identify the second right you believe was violated and by whom:*

2.1 ______________________________________________

______________________________________________

*State the facts of your second claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.*

2.2 ______________________________________________

*State with specificity the <u>injury, harm, or damages</u> you believe you suffered as a result of the events you described above in Count II. Continue to number your paragraphs.*

## **<u>COUNT III</u>**

*Identify the third right you believe was violated and by whom:*

3.1

*State the <u>facts</u> of your third claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.*

3.2

*State with specificity the <u>injury, harm, or damages</u> you believe you suffered as a result of the events you described above in Count III. Continue to number your paragraphs.*

## IV. RELIEF

*State exactly what you want the Court to do for you. For example, you may be seeking money damages from an individual defendant, you may want the Court to order a defendant to do something or to stop doing something, or you may want both kinds of relief. Make no legal arguments. Cite no cases or statutes.*

Plaintiff seeks monetary damages for constitutional injury.

## V. SIGNATURE

*By signing this complaint, you represent to the Court that you believe the facts alleged to be true to the best of your knowledge, that you believe those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.*

9/1/24 2024

Dated

[signature]

Plaintiff's Signature

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM McDOWELL, Plaintiff, v. UNKNOWN FEDERAL AGENTS, Defendants. | 3:24-cv-5768-KKE-DWC<br>COMPLAINT FOR DAMAGES VERIFIED<br>Jury Demand |

I. INTRODUCTION

This is a civil rights action filed by Mr. William McDowell, plaintiff pro se, a state prisoner, for damages under 42 U.S.C. §1983, alleging violation of unlawful seizure under the Fourth Amendment to the United States Constitution, when he was allegedly held on an expired supervised release.

II. JURISDICTION

¶1. The Court has jurisdiction over plaintiff''s claims of violation of federal constitutional rights under 42 U.S.C. §§1331(1(, and 1343.

III. PARTIES

¶2. Plaintiff, William McDowell was held on GPS ankle monitor under supervised release pursuant to 18 U.S.C. §3148(b)(1), at all times relevant to his constitutional claims.

¶3. Defendants, unknown federal agents, were directly responsible for plaintiff's unlawful supervised release, are sued in their individual capacities.

¶4. All Defendants have acted, and continue to act under color of state law at all times relevant to this action.

IV. FACTS

¶5. On October 1, 2019, a supplemental violation report alleged that plaintiff violated his conditions of supervised release. He was arrested on October 3, 2019.

¶6. After being held for approximately seven (7)-months, on May 20, 2020, plaintiff was released on appearance bond.

¶7. Incorporating by reference to ¶5-¶6, plaintiff's supervised release expired on February 27, 2020. Nevertheless, plaintiff was held on supervised release from May 20, 2020 to March 22, 2022.

**Illegal Seizure**

¶8.While being held on supervised release, plaintiff -

was directed by an United States Probation Officer, to wear a GPS ankle monitor, and curfew.

¶9. Based on personal information and belief, the unknown federal agents knew or should have known that plaintiff's supervised release had expired on February 27, 2020.

**Exhaustion of Remedies**

The criminal charges for which plaintiff was on GPS ankle monitor was dismissed with respect to all claims and all unknown defendants.

V. CLAIMS FOR RELIEF

¶10. Plaintiff hereby incorporates by reference to paragraphs 1 through 9. The two (2)-years of supervised release, despite it's expiration, violated plaintiff's rights against unreasonable search and seizure , as guaranteed by the Fourth, and Fourteenth Amendments to the United States Constitution.

IV. PRAYER FOR RELIEF

WHEREFORE, plaintiff, having set forth this Complaint to be verified herein, prays that the Court grant the following relief:

A. Monetary damages in an amount to be determined at trial;

B. An award for costs and litigation -

expenses to the extent that such costs and expenses are authorized by statute.

C. Any other relief that this Court deems just, proper, and equitable.

RESPECTFULLY SUBMITTED,

this 12 day of September, 2024.

WILLIAM McDOWELL
Plaintiff

## VII. VERIFICATION

I, William McDowell, verifies that I have read the foregoing complaint, and believe it to be true, correct, and based upon personal knowledge.

28 U.S.C. §1746