# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| WILLIAM MCDOWELL,<br><br>        Plaintiff,<br><br>v.<br><br>UNKNOWN FEDERAL AGENT, et al.,<br><br>        Defendants. | CASE NO. 3:24-CV-05768-KKE-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having conducted de novo review of the Report and Recommendation of Magistrate Judge David W. Christel (Dkt. No. 20), and with consideration of Plaintiff's objections to the Report and Recommendation (Dkt. No. 21) and the remaining record, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation.

(2) This action is DISMISSED with prejudice for failure to state a claim, which constitutes a "strike" under 28 U.S.C. § 1915(g).

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

**DATED** this 14th day of May, 2025.

*/s/ Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge